## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GLENNA L. NOVAK AND ESTATE OF
JEFFERY LEONARD NOVAK, A/K/A
ESTATE OF JEFFERY L. NOVAK BY AND
THROUGH GLENNA L. NOVAK,
EXECUTRIX,

Petitioners

v.

MUTUAL BENEFIT INSURANCE
COMPANY,

Respondent

:   No. 541 MAL 2022
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.